THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Daniel Boyce, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Gordon G. Cooper, Circuit Court Judge

Unpublished Opinion No.  2010-UP-188
 Submitted March 1, 2010  Filed March 4,
2010

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Daniel Boyce appeals the trial court's
 restitution order, arguing his due process rights were violated because
 unreliable figures were used to determine the amount of restitution ordered.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
HUFF, THOMAS, and
 KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.